UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

PATRICE BAKER, an individual and   CASE NO. 12-23300-CV-UNGARO
LAURENT LAMOTHE, an individual,

    Plaintiff(s),

v.

LEO JOSEPH

    Defendant(s).
_____/

```
FILED by _____ D.C.

Jan 16, 2013

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.
```

    It appearing that the defendant(s) herein, **LEO JOSEPH,** is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) LEO JOSEPH, as of course, on this date January 16, 2013.

**STEVEN M. LARIMORE**
CLERK OF COURT

        S/Teresa Erwin
By: _____
    Teresa Erwin
    Deputy Clerk

cc:   Hon. Ursula Ungaro
      Counsel of Record
      Leo Joseph