UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23300-CIV-O'SULLIVAN

[CONSENT]

PATRICE BAKER, an individual, and
LAURENT LAMOTHE, an individual,

    Plaintiffs,

v.

HAITI-OBSERVATEUR GROUP, an
unknown business entity, and LEO JOSEPH,
an individual,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND CLOSING CASE

THIS MATTER came before the Court following a settlement conference before the undersigned and the Court having conducted a hearing concerning the settlement.

THE COURT has heard from counsel and considered the terms of the settlement agreement, the pertinent portions of the record, and is otherwise fully advised in the premises. Pursuant to the parties' Consent to Exercise of Jurisdiction by a United States Magistrate Judge (DE# 130, 10/28/13), the Honorable Marcia G. Cooke, United States District Judge, referred this matter to the undersigned for all further proceedings (Order of Reference, DE # 130, 10/28/13). Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The matter is DISMISSED with prejudice with each party to bear their own attorneys' fees and costs. The Court shall retain jurisdiction until

    December 6, 2013 to enforce the terms of the settlement.

   2. All pending motions are DENIED as moot.

   3 THE CLERK OF COURT IS TO MARK THIS CASE AS CLOSED.

**DONE AND ORDERED** in Chambers at Miami, Florida this 28th day of October, 2013.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record

2